# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

WESLEY DURANT,

    Plaintiff,

v.                            CASE NO. 4:09cv25-RH/WCS

WALTER A. McNEIL, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 10). No objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

    SO ORDERED on May 19, 2009.

                                            s/Robert L. Hinkle
                                            Chief United States District Judge